WARNER-BARNES & COMPANY, LTD., Respondent, v. WARNER SUGAR REFINING COMPANY, Defendant, Impleaded with ORIENTE SECURITIES COMPANY, Appellant. — Order affirmed, with ten dollars costs and disbursements, with leave to said defendant to withdraw demurrer and to answer on payment of said costs and ten dollars costs of motion at Special Term, on opinion of Lehman, J., at Special Term. [Reported in 117 Misc. Rep. 247.]  Present — Clarke, P. J., Laughlin, Dowling, Smith and Greenbaum, JJ.

In the Matter of the Final Accounting of JOSEPH M. CONKLIN, as Assignee for Benefit of Creditors of CESARE CONTI, Respondent.  V. CASAZZA & BRO., Appellant.— Order affirmed, with ten dollars costs and disbursements.  No opinion.  Present — Clarke, P. J., Laughlin, Dowling, Smith and Greenbaum, JJ.

SUPERIOR MOTOR GARAGE CO., INC., Appellant, v. MAX KAPLAN, Respondent.— Judgment and order affirmed, with costs.  No opinion.  Present — Clarke, P. J., Laughlin, Dowling, Smith and Greenbaum, JJ.

In the Matter of Acquiring Title by THE CITY OF NEW YORK, Appellant, to Certain Lands and Premises Situated on the Easterly Side of Park Avenue and the Northerly Side of East One Hundred and Seventieth Street in the Twenty-third Ward, Borough of The Bronx, City of New York, Duly Selected as a Site for School Purposes.  Proceeding No. 2.  G. E. S. MOTOR CAR SERVICE COMPANY, INC., and Others, Respondents.— Order affirmed, with costs.  No opinion. Present — Clarke, P. J., Laughlin, Dowling, Smith and Greenbaum, JJ.

FASIG-TIPTON COMPANY, Respondent, v. GEORGE C. TAYLOR, as President of the AMERICAN EXPRESS COMPANY, Appellant.— Judgment and order affirmed, with costs.  No opinion.  Present — Clarke, P. J., Laughlin, Dowling, Smith and Greenbaum, JJ.

In the Matter of the Judicial Settlement of the Account of Proceedings of JESSIE HEALEY, as Administratrix, etc., of JOHN HEALEY, Deceased, Respondent. EDWARD HEALEY and Others, Appellants.— Decree affirmed, with costs.  No opinion.  Present — Clarke, P. J., Laughlin, Dowling, Smith and Greenbaum, JJ.

CHARLES PIZZO, an Infant, by SIMON PIZZO, His Guardian ad Litem, Respondent, v. PATRICK McGOVERN, Appellant.— Judgment and order affirmed, with costs.  No opinion.  Present — Clarke, P. J., Laughlin, Dowling, Smith and Greenbaum, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. LOUIS McDOWELL, Appellant.— Judgment and order affirmed.  No opinion.  Present — Clarke, P. J., Laughlin, Dowling, Smith and Greenbaum, JJ.

ARLINGTON TEXTILE CORPORATION, Respondent, v. MITCHELL BROS., INC., Appellant.— Order affirmed, with ten dollars costs and disbursements, with leave to defendant to withdraw demurrer and to answer on payment of said costs and ten dollars costs of motion at Special Term.  No opinion.  Present — Clarke, P. J., Laughlin, Dowling, Smith and Greenbaum, JJ.

MAX FRIEDLAND, Appellant, v. KATE FRIEDLAND, Respondent.— Order affirmed, without costs.  No opinion.  Present — Clarke, P. J., Laughlin, Dowling, Smith and Greenbaum, JJ.; Laughlin, J., dissenting on the authority of *Watkins* v. *Watkins* (197 App. Div. 489), and voting for decree of annulment.

In the Matter of MICHAEL MARTIN DOLPHIN, an Attorney.— Reference ordered to Hon John W. Goff, official referee.  Settle order on notice.  Present — Clarke, P. J., Laughlin, Dowling, Smith and Greenbaum, JJ.